# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TYAIWAN OUSLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2288

[June 10, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sherri Lyn Collins, Judge; L.T. Case No. 502024CF005280AXXXMB.

Daniel Eisinger, Public Defender, and Benjamin Nathaniel Paley, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Nathanial James LeBlanc, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See B.W.B. v. State*, 374 So. 3d 40 (Fla. 4th DCA 2023).

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***